# District Court Of Appeal Of The State Of Florida
## Fourth District

**CALVIN S. MCDONALD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3036

[May 25, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Gillen, Judge; L.T. Case No. 50-2015-CF-005205-AXXX-MB.

Calvin S. McDonald, Jasper, for appellant.

No appearance required for appellee.

PER CURIAM.

We affirm without prejudice for appellant to file a facially sufficient motion pursuant to rule 3.850 in the trial court. Appellant must file the motion within the time remaining under rule 3.850.

*Affirmed.*

DAMOORGIAN, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***